<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
PATRICK LA PENNA,                       :

    Plaintiff,                              :    Civil Action No. 010-4665   (FLW)

    v.                                         :

                                       **ORDER**

                                      :

SUN PHARMACEUTICAL INDUSTRIES,
INC., and CARACO                         :
PHARMACEUTICAL LABORATORIES,
LTD.,                                          :

    Defendants.                        :
_____

    This matter having been opened to the Court on a Motion to Transfer Case to the Southern District of Ohio by Defendant Caraco Pharmaceutical Laboratories ("Caraco") and on a Motion to Remand by Plaintiff Patrick La Penna ("Plaintiff"); the Court having reviewed the motions and opposition filed thereto; and the Court having held oral argument on the motions on December 16, 2010; and, further, the Court receiving additional submissions by Defendant Sun Pharmaceutical Industries, Inc. ("Sun Inc.") on January 3, 2011; for the reasons stated on the record on December 16, 2010; and for good cause shown;

    **IT IS** on this 4th day of January, 2011,

    **ORDERED** that Sun Inc. is dismissed as a party from this matter; and it is further

    **ORDERED** that Plaintiff's Motion to Remand is **DENIED**; and it is further

**ORDERED** that this case is hereby transferred to the Southern District of Ohio pursuant to 28 U.S.C. § 1404(a).

/s/ Freda L. Wolfson
Honorable Freda L. Wolfson
United States District Judge